**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-19 (WLS-TQL) |
| | : |
| TERRANCE BERNARD ANDERSON, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant Terrance Bernard Anderson's ("Defendant") Unopposed Motion for Continuance in the Interest of Justice ("the Motion") (Doc. 18). Therein, Defendant asks the Court to grant a continuance of his trial from the August 2024 trial term in the Valdosta Division, to the next Valdosta Division trial term. Defendant contends this continuance is warranted to allow for additional time for plea negotiations and to allow sufficient time for Counsel to investigate the case, review discovery, and to meet with Defendant.

Based on the Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 18) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division November 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 25th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**