# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Terrance Bernard Anderson | **Repayment Agreement and Order** | No: 7:24-CR-00019-001 |

On March 13, 2025, Terrance Bernard Anderson was sentenced to 60 months probation.

After a review of his financial status, the following repayment agreement has been reached with Mr. Anderson. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:

1.  As a result of the judgment entered against me on March 13, 2025, I have been ordered to pay a total restitution of $18,878.00 and a special assessment of $100.00.

2.  On March 13, 2025, I began my service of 60 months of probation. The current balance of my mandatory assessment is $100.00. The current balance of my restitution is $18,878.00.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of June, 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

_____      5/12/2025
Terrance Bernard Anderson                Date

_____      5/12/2025
William J. Lee, U.S. Probation Officer   Date

_____      05/13/2025
Assistant U.S. Attorney                  Date

---

THE COURT ORDERS:

☑ Approval  ☐ Disapproval

_____
W. Louis Sands
Senior U.S. District Judge

06/10/2025
Date